FILED
U.S. DISTRICT COURT

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

2009 JUN -5  A 10: 12

BY:_____
DEPUTY CLERK

| | |
|---|---|
| TYRESE SHAROD SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ORDER<br><br>Case No. 2:09 CV 513 TC |

Before the court is Tyrese Sharod Smith's Motion to Correct and Clarify the Judgment of 10/07/03 Via Fed. R. Crim. P. #35 or #36[1]. Mr. Smith's motion is DENIED. The Judgment and Commitment clearly indicates, when read in connection with the statute, that the life sentence was imposed for a violation of 18 U.S.C. 1959(a)(1), Count II.

DATED this 5th day of June, 2009.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
Chief Judge

---

[1] Dkt. #1